FILED
FEB 23 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK SHERRIFF
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-mj-00034 SMS |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT; AND ORDER |
| SHAUN CARLOS VALENZUELA, | |
| Defendant. | |

The Indictment in this case, having been sealed by Order of the U.S. District Court-District of Arizona, and it appears that it no longer need remain secret as to SHAUN CARLOS VALENZUELA only.

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Kirk E. Sherriff, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record only as to SHAUN CARLOS VALENZUELA.

Dated: February 23, 2009

/s/ Kirk Sherriff
KIRK E. SHERRIFF
Assistant U. S. Attorney

1

1 | IT IS SO ORDERED.
2 | DATED: February 23, 2009

_____
SANDRA M. SNYDER
United States Magistrate Judge

2